**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 12, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77064        Shanin Newkirk vs. Advantage Sales & Marketing and Division of
Employment Security



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD76466        State of Missouri vs. Daniel Gene Hunt